KING v. DOUGHERTY.

Where more than $50 is due on a contract, the creditor may relinquish all over that amount, and sue for $50 in a justice's Court.

E. KING held a note made by J. Dougherty, payable to him for $51 64, due on the 4th of February, 1827. On the 14th of March, 1827, King indorsed on the note the following words: " I relinquish all the within note that is over fifty dollars, E. King," and on the same day sued out a warrant before a justice of the peace of Shelby county, against Dougherty, returnable on the 24th of March, to recover on the note. The magistrate gave judgment against the defendant for $50, besides costs. Dougherty appealed to the County Court of Shelby county, which Court, on his motion, quashed the proceedings. From this judgment, King appealed to the Circuit Court of Shelby county, where, at the November term, 1827, the judgment of the County Court was affirmed. This decion of the Circuit Court, is now here assigned for error.

MARDIS, for the plaintiff in error, submitted the cause, no counsel appearing for the defendant in error.

* See the case of Fariss & Powell v. King, 1 Stewart's Reports, 255.

2s 488
131 601

**JANUARY 1830.**

King
v.
Dougherty.

By JUDGE CRENSHAW. The question arising from the record, is, had the plaintiff a right to relinquish all his debt except fifty dollars, so as to bring the case within the jurisdiction of the magistrate? This question has been settled in the affirmative by a former adjudication of this Court. The judgment must therefore be reversed, and the proper judgment rendered here. In this opinion the Court are unanimous.

JUDGE SAFFOLD not sitting.